(164 App. Div. 63)

### ELDRED v. KEENAN et al.

(Supreme Court, Appellate Division, Second Department. October 16, 1914.)

MUNICIPAL CORPORATIONS (§ 808*)—SIDEWALKS—INJURIES TO PEDESTRIANS.

For a landowner to permit ice to form on the sidewalk in front of his premises, without effort to remove the accumulation, is not actionable wrongdoing, for which he is liable.

[Ed. Note.—For other cases, see Municipal Corporations, Cent. Dig. §§ 1684–1687, 1690–1694; Dec. Dig. § 808.*]

Appeal from Queens County Court.

Action by Carrie A. Eldred against Maria Keenan and another. From an order denying the motion of the named defendant for judgment on the pleadings, she appeals. Order reversed, and motion granted.

Argued before JENKS, P. J., and THOMAS, CARR, STAPLETON, and PUTNAM, JJ.

Theodore J. Hearn, of New York City, for appellant.

J. Baldwin Hand, of New York City (Richard B. Hand, of New York City, on the brief), for respondent.

THOMAS, J. The complaint alleges that defendants permitted heaps of ice to form on the sidewalk in front of their premises, with notice thereof, but without effort to arrest the accumulation, or to remove the obstruction, and that plaintiff, slipping thereon, was injured. Such passivity is not actionable wrongdoing. Moore v. Gadsden, 93 N. Y. 12; Mullins v. Siegel-Cooper Co., 183 N. Y. 129, 75 N. E. 1112; City of Rochester v. Campbell, 123 N. Y. 405, 410, 25 N. E. 937, 10 L. R. A. 393, 20 Am. St. Rep. 760; Brown v. Wysong, 1 App. Div. 423, 37 N. Y. Supp. 281; Rohling v. Eich, 23 App. Div. 179, 48 N. Y. Supp. 892; English v. Kwint, 140 App. Div. 509, 125 N. Y. Supp. 807; Connolly v. Bursch, 149 App. Div. 772, 134 N. Y. Supp. 141.

The order of the County Court of Queens County should be reversed, with $10 costs and disbursements, and the motion on the pleadings for judgment for the dismissal of the complaint, with costs, granted, with $10 costs of the motion. All concur.